**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **TERESA POTTER** | § | |
| | § | |
| **V.** | § | **No. 5:16CV38-JRG-CMC** |
| | § | |
| **CAROLYN W. COLVIN, Acting** | § | |
| **Commissioner of Social Security** | § | |

**MEMORANDUM ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. No. 8), converted into a Rule 56 motion for summary judgment is **GRANTED**. It is further

**ORDERED** Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 4th day of October, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE